UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**YEHIEL KYLE ISRAEL,**

       **Plaintiff,**

v.                                               Case No.  6:25-cv-595-CEM-RMN

**MPS CARDS, LLC,**

       **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Notice of Voluntary Dismissal with prejudice (Doc. 9). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on May 5, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record